# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS DIPARRA,<br>CDCR #J-95995<br><br>                                       Plaintiff,<br><br>vs.<br><br>PAROLE COMMUNITY SERVICES, et al.;<br><br>                                       Defendants. | Civil No.   07-0114 IEG (POR)<br><br>**ORDER DISMISSING ACTION FOR WANT OF PROSECUTION PURSUANT TO FED.R.CIV.P. 4(m)** |

Jose Luis DiParra ("Plaintiff"), formerly incarcerated at the California Rehabilitation Center located in Norco, California and proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983 on January 16, 2007. The Court granted Plaintiff's Motion to Proceed *In Forma Pauperis* ("IFP") but sua sponte dismissed Plaintiff's Complaint for failing to state a claim and for seeking monetary damages against immune defendants pursuant to 28 U.S.C. §§ 1915(e)(2)(b)(ii) and (iii). *See* Feb. 2, 2007 Order at 7. Nonetheless, the Court provided Plaintiff the opportunity to file an Amended Complaint in order to correct the deficiencies of pleading identified by the Court. *Id.* On March 23, 2007, Plaintiff filed his First Amended Complaint. The Court found that Plaintiff's First Amended Complaint survived the sua sponte screening required by 28 U.S.C. § 1915(e)(2) *only* to the extent that Plaintiff was seeking

injunctive relief in the form of a new parole eligibility review. *See* May 1, 2007 Order at 2 (citing *Wilkinson v. Dotson*, 544 U.S. 74, 78 (2005)). Thus, the Court determined Plaintiff was entitled to U.S. Marshal service on his behalf and ordered the U.S. Marshal to effect service on Defendants.

Subsequently, Plaintiff sought leave of Court to add an additional Defendant. *See* Decl. by Plaintiff dated Nov. 1, 2007. The Court permitted Plaintiff to file a Second Amended Complaint in order to add this Defendant. *See* Nov. 6, 2007 Order at 2. On February 1, 2008, Plaintiff filed his Second Amended Complaint ("SAC"). Based on a review of the docket, it appeared that the only Defendant who had been properly served in this action is Defendant Wickline. Defendant Wickline then filed a Motion to Dismiss Plaintiff's Second Amended Complaint which was granted on April 24, 2008.

In addition, the Court ordered Plaintiff to show cause no later than May 9, 2008 why the claims against the remaining Defendants should not be dismissed for want of prosecution pursuant to FED.R.CIV.P. 4(m). *See* Apr. 24, 2008 Order at 8. To date, Plaintiff has failed to provide the Court with any documentation demonstrating that any of the remaining Defendants have been properly served. Accordingly, the Court **DISMISSES**, without prejudice, this action pursuant to FED.R.CIV.P. 4(m).

The Clerk of Court shall close the file.

**IT IS SO ORDERED**.

DATED: June 10, 2008

_____
**HON. IRMA E. GONZALEZ**, **Chief Judge**
United States District Court